FILED

06/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0721

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0721

LH RESIDENTIAL LLC, and OTIS
STREET LLC, both d/b/a MONTANA
CRESTVIEW,

      Plaintiffs and Appellees,

v.

ALLIED WASTE SERVICES OF
NORTH AMERICA, LLC, d/b/a
REPUBLIC SERVICES OF
MONTANA,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellant's motion for extension of time, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is given an extension of time until August 7, 2024, to prepare, file, and serve the Appellant's reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 27 2024